# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAILAI TING, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>9SPARTS, INC., a California Corporation;<br>F4K TEAM, INC., a California Corporation;<br>K XIN, an individual;<br>XIAOQIAO LIANG, an individual; and<br>DOES 1-10,<br><br>　　　　Defendants. | **CASE NO.: 5:17-cv-01853** |

## SUMMONS IN A CIVIL ACTION

To Defendants:

| F4K Team, Inc. | K Xin | Xiaoqiao Liang |
|---|---|---|
| c/o Xiaoqiao Liang | 1566 Arrow Hwy | 506 N. Garfield Ave., No. 210 |
| 506 N. Garfield Ave., No. 210 | La Verne, CA 91750 | Alhambra, CA 91801 |
| Alhambra, CA 91801 | | |

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached First Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　Eric Kelly, attorney for Plaintiff, Tailai Ting,
　　　5535 Westlawn Ave., No. 180
　　　Los Angeles, CA 90066
　　　eric.kelly@kellytechlaw.com

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the First Amended Complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

---

Summons in a Civil Action